UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>FABIAN GUTAMA-GUTAMA,<br><br>　　　　Defendant. | No. CR17-087 TSZ<br><br>ORDER SEALING DEFENDANT'S MOTION FOR STATUS CONFERENCE |

　　This matter having come before the undersigned on the motion of the defendant, Fabian Gutama-Gutama, docket no. 26, that he be permitted to file his Motion for a Status Conference under seal, and the Court finding that there are compelling reasons to permit the filing of that document under seal, it is hereby

　　ORDERED that the defendant shall be permitted to have his Motion for a Status Conference, docket no. 27, filed under seal.

　　DONE this 27th day of April, 2017.

　　　　　　　　　　　　　　　　　　　／s／ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER TO SEAL - 1
FABIAN GUTAMA-GUTAMA

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508  FAX (206) 905-3371

| | |
|---|---|
| 1 | Respectfully submitted |
| 2 | |
| 3 | /s/Cathy Gormley |
| | Cathy Gormley, WSBA #26169 |
| 4 | Attorney for Fabian Gutama-Gutama |
| | Cathy Gormley, PLLC |
| 5 | 600 1st Avenue |
| | Seattle, Washington 98104 |
| 6 | (206) 624-0508 voice |
| | (206) 905-3371 |
| 7 | cathy@cgormleylaw.com |

ORDER TO SEAL - 2
FABIAN GUTAMA-GUTAMA

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508  FAX (206) 905-3371