THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>FABIAN GUTAMA-GUTAMA,<br><br>　　　　Defendant. | No. CR17-087 TSZ<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR A STATUS CONFERENCE |

This matter having come before the undersigned on the unopposed motion, docket no. 27, of the defendant, Fabian Gutama-Gutama, that he be granted a Status Conference, and the Court finding that a Status Conference is necessary, the Court sets a Status Conference on Thursday, May 4, 2017, at 11:00 a.m. This Status Conference will only involve defendant Fabian Gutama-Gutama.

DONE this 27th day of April, 2017.

　　　　　　　　　　　　　　　　　　　／s／ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING MOTION - 1
FABIAN GUTAMA-GUTAMA

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508  FAX (206) 905-3371

| | |
|---|---|
| 1 | Respectfully submitted |
| 2 | |
| 3 | /s/Cathy Gormley |
| | Cathy Gormley, WSBA #26169 |
| 4 | Attorney for Fabian Gutama-Gutama |
| | Cathy Gormley, PLLC |
| 5 | 600 1st Avenue |
| | Seattle, Washington 98104 |
| 6 | (206) 624-0508 voice |
| | (206) 905-3371 |
| 7 | cathy@cgormleylaw.com |

ORDER GRANTING MOTION - 2
FABIAN GUTAMA-GUTAMA

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508  FAX (206) 905-3371