UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FABIAN MARTIN GUTAMA-GUTAMA,<br><br>    Defendant. | CR17-87 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion to seal, docket no. 31, is GRANTED. Defendant's ex-parte motion, docket no. 30, shall remain under seal.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of May, 2017.

                                    William M. McCool
                                    Clerk

                                  s/Karen Dews
                                  Deputy Clerk

MINUTE ORDER - 1