THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>FABIAN GUTAMA-GUTAMA,<br><br>Defendant. | No. CR17-087 TSZ<br><br>ORDER SEALING DEFENDANT'S COMPETENCY REPORT |

This matter having come before the undersigned on the unopposed motion, docket no. 40, of the defendant, Fabian Gutama-Gutama, that he be permitted to file his Competency Report under seal, and the Court finding that there are compelling reasons to permit the filing of that document under seal, it is hereby

ORDERED that the defendant shall be permitted to have his Competency Report, docket no.41, filed under seal.

DONE this 25th day of July, 2017.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER TO SEAL - 1
FABIAN GUTAMA-GUTAMA

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508  FAX (206) 905-3371

1  Respectfully submitted

2

3  /s/Cathy Gormley
   Cathy Gormley, WSBA #26169
   Attorney for Fabian Gutama-Gutama
4  Cathy Gormley, PLLC
   600 1st Avenue
5  Seattle, Washington 98104
   (206) 624-0508 voice
6  (206) 905-3371
7  cathy@cgormleylaw.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER TO SEAL - 2
FABIAN GUTAMA-GUTAMA

LAW OFFICE OF
CATHY GORMLEY, PLLC
600 1st Avenue Suite 304
Seattle, Washington 98104
(206) 624-0508  FAX (206) 905-3371