UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FABIAN GUTAMA-GUTAMA,<br><br>Defendant. | CR17-87 TSZ<br><br>ORDER |

The Court having conducted a status hearing in this matter on August 24, 2017, having considered the arguments of counsel at the hearing, and the records and files herein, enters the following Order:

The Court SETS a trial date for defendant Fabian Gutama-Gutama on November 13, 2017. Pretrial motions are to be filed no later than September 29, 2017.

IT IS FURTHER ORDERED that the resulting period of delay from May 4, 2017, until the trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B). The Court finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial. This finding

ORDER - 1

is based on the Competency Report filed under seal, docket no. 41, and the time defense counsel requires to adequately prepare for trial under all the circumstances.

The Court SETS a status conference for October 19, 2017, at 1:00 p.m.

The parties are DIRECTED to submit a proposed written plan of accommodation for defendant Fabian Gutama-Gutama by Tuesday, October 17, 2017.

IT IS SO ORDERED.

Dated this 24th day of August, 2017.

Thomas S. Zilly
United States District Judge